UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA KOEHNE, | ) | CIV. 12-4190-KES |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| HUTCHINSON COUNTY, SOUTH DAKOTA, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation for judgment of dismissal, it is

ORDERED, ADJUDGED, AND DECREED that the stipulation (Docket 10) is approved. This case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated March 8, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE